**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01634-CV

### SHAMOUN & NORMAN, LLP, Appellant

### V.

### ALBERT G. HILL, JR., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

Before Chief Justice Wright and Justice Brown

We **DENY** appellant's April 3, 2014 motion to abate the appeal and order the trial court to explain why it disregarded the jury's verdict or, alternatively, to issue findings of fact and conclusions of law.

/s/     ADA BROWN
        JUSTICE